HARRY M. WILSON, RESPONDENT, v. DISTRICT COURT,
FIRST JUDICIAL DISTRICT MONMOUTH COUNTY, AP-
PELLANT.

Submitted July 5, 1920—Decided October 15, 1920.

On appeal from the Supreme Court, whose opinion is re-
ported in 93 *N. J. L.* 103.

For the respondent, *Charles E. Cook*.

For the appellant, *Lloyd C. Riddle*.

PER CURIAM. ·

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, SWAYZE, TREN-CHARD, BERGEN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.